# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

February 16, 2022

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 18
New York, NY 10007



      Re:    **Girotto v. Jil Sander USA Inc., et al.**
                **Case 1:21-cv-10106-KPF**

Dear Judge Failla:

    The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for February 22, 2022, at 3:30 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been served through the Secretary of State [D.E. 8 & D.E. 9]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request.

                              Sincerely,

                              By: /S/   B. Bradley Weitz
                                 B. Bradley Weitz, Esq. (BW9365)
                                 THE WEITZ LAW FIRM, P.A.
                                 Attorney for Plaintiff
                                 Bank of America Building
                                 18305 Biscayne Blvd., Suite 214
                                 Aventura, Florida 33160
                                 Telephone: (305) 949-7777
                                 Facsimile:  (305) 704-3877
                                 Email: bbw@weitzfirm.com

Application GRANTED.  The initial pretrial conference currently scheduled for February 22, 2022, is hereby ADJOURNED to **April 19, 2022, at 11:00 a.m.**  This conference will proceed telephonically.  At the appointed time, the parties are to call (888) 363-4749 and enter access code 5123533.

The Thursday before this conference, the parties shall submit a proposed case management plan and joint status letter in conformity with the requirements outlined in the notice of initial pretrial conference. (Dkt. #3 at 1-2).

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated:     February 17, 2022            SO ORDERED.
           New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE