# THE WEITZ LAW FIRM, P.A.

Bank of America Building  
18305 Biscayne Blvd., Suite 214  
Aventura, Florida 33160

April 15, 2022

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 18
New York, NY 10007



      Re:    **Girotto v. Jil Sander USA Inc., et al.**
              **Case 1:21-cv-10106-KPF**

Dear Judge Failla:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for April 19, 2022, at 11:00 a.m., in your Honor's Courtroom. Counsel for Defendant Jil Sander USA Inc. has contacted our firm requesting we file an adjournment of this Conference until there is a formal appearance on behalf of the Defendant. The insurance company for the Jil Sander USA Inc., is undertaking the required investigation and due diligence, and upon conclusion, an appearance filed on behalf of the Defendant. In the interim, Plaintiff will be contacting Defendant 98 Greene Street LLC while sending a copy of the Summons and Complaint to solicit their appearance

      In order to allow the parties adequate time to engage in initial settlement discussions, while affording additional time for the Defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this first adjournment request.

                                                      Sincerely,

                                                      By: /S/   B. Bradley Weitz
                                                         B. Bradley Weitz, Esq. (BW9365)
                                                         THE WEITZ LAW FIRM, P.A.
                                                         Attorney for Plaintiff
                                                         Bank of America Building
                                                          18305 Biscayne Blvd., Suite 214
                                                         Aventura, Florida 33160
                                                         Telephone: (305) 949-7777
                                                         Facsimile:  (305) 704-3877
                                                          Email: bbw@weitzfirm.com

Application GRANTED. The initial pretrial conference currently scheduled for April 19, 2022, is hereby ADJOURNED to May 27, 2022, at 12:00 p.m. This conference will proceed telephonically. At the appointed time, the parties are to call (888) 363-4749 and enter access code 5123533.

The Thursday before this conference, the parties shall submit a proposed case management plan and joint status letter in conformity with the requirements outlined in the notice of initial pretrial conference. (Dkt. #3 at 1-2).

The Clerk of Court is directed to terminate the pending motion at docket entry 12.

Dated:   April 15, 2022          SO ORDERED.
         New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE